Keith A. HICKS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 176, 2017

Supreme Court of Delaware.

Submitted: April 25, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1012011972 (K)

AFFIRMED.

Ryan SINCLAIR, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 210, 2017

Supreme Court of Delaware.

Submitted: June 6, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, ID No. 0611011662 (N)

DISMISSED.

Frederick W. SMITH, Jr., Petitioner
Below–Appellant,

v.

JAMES T. VAUGHN CORRECTIONAL CENTER EDUCATION DEPARTMENT, Respondent Below–Appellee.

No. 127, 2017

Supreme Court of Delaware.

Submitted: May 25, 2017

Decided: June 15, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N17C–02–209

DISMISSED.

Jermaine CARTER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 56, 2017

Supreme Court of Delaware.

Submitted: June 9, 2017

Decided: June 16, 2017

Court Below—Superior Court of the State of Delaware
Cr. ID No. 1605016488 (N)

AFFIRMED.